# John J. Heckart and Rob't R. Vandiver, *vs.* Lemuel Roberts, Lottery Commissioner.

Two parties having separate claims against a State officer cannot *unite* in an application for a *mandamus* to compel payment.

Appeal from the Superior Court for Baltimore city.

This was a petition by the appellants for a *mandamus,* to compel the State lottery commissioner to pay to each of the petitioners $425.01, the balance alleged to be due upon a lottery grant, and decreed to be paid to them by decree of Baltimore county court, as a court of equity, the decree giving one-fourth of the sum ordered to be paid, to each of the petitioners. The court (Lee, J.) refused the application, and the petitioners appealed.

The argument of the case before Le Grand, C. J., Eccleston and Tuck, J., was stopped by the court, who affirmed the order appealed from.

6    v.9

LE GRAND, C. J., delivered the opinion of this court.

The decision appealed from in this case must be affirmed, if, for no other reason, than that too many persons have joined in the application for the writ. Their claims are alleged to be separate, and being such they cannot be united. *Smith, et al., vs. Erb, et al.,* 4 *Gill,* 437.

*Judgment affirmed.*